UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA

   - against -

CARLOS SMITH PITTERSON,

        Defendant.

------------------------------------------------------------- x

**ORDER**

Ind. No. 18 Cr. 468 (JSR) [crossed out]

19 CRIM 468 (JSR)

JED S. RAKOFF, U.S.D.J.

IT APPEARING THAT the Panamanian passport, belonging to CARLOS SMITH PITTERSON, was surrendered to and is currently in the custody of the Pretrial Services Office of the Southern District of New York, Kathia Bermudez, US Pretrial Services Officer, and it further appearing that CARLOS SMITH PITTERSON, having been convicted after trial, has surrendered himself to the custody of the United States Marshals as of November 22, 2019, in anticipation of sentence on March 4, 2020,

IT IS HEREBY ORDERED that the Pretrial Services Office is directed to surrender the defendant's passport to one of his sisters, Carla Bowen or Cidalkis Smith, promptly upon receipt of this Order.

Dated: New York, New York
       December 6, 2019

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.