UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - v. -

CARLOS SMITH PITTERSON,

           Defendant.

**ORDER**

**S1 19 Cr. 468 (JSR)**

Upon the application of defendant Carlos Smith Pitterson (the "defendant"), pursuant to 18 U.S.C. § 3142(i) for temporary release from custody during the current COVID-19 pandemic, and the Government's consent based on the terms and conditions set forth herein, IT IS HEREBY ORDERED:

1. The Court's decision in this case is based on, among other things, the unique confluence of serious health issues and other risk factors facing this defendant, including the defendant's underlying health conditions, which places him at a heightened risk of dangerous complications should he contract COVID-19 as compared to most other individuals. Accordingly, this Order should not be construed as a determination by this Court that pre-sentence detention is unsafe or otherwise inappropriate as a general matter or in any other specific case.

2. Pursuant to 18 U.S.C. § 3142(i), the Court concludes that compelling reasons exist for temporary release of the defendant from custody during the current public health crisis. Accordingly, the defendant's application for temporary release is GRANTED pursuant to the following terms and conditions:

a. $100,000 personal recognizance bond signed by the Defendant, who may affix his signature remotely within 24-hours of release, and co-signed by two financially-responsible persons who may sign the bond remotely;

b. Home incarceration at 114-50 168th Street, Jamaica, New York 11434--the home of the Defendant's sister, Carla Bowen--and enforced by electronic monitoring as soon as is practicable for Pretrial Services to install. In the event electronic monitoring is not immediately available, the defendant's home incarceration shall be enforced as directed by Pretrial Services. The defendant shall be on 24-hour lockdown in the home except for emergency medical visits and visits with his attorneys. Any other leave from the home must be approved by either the Pretrial Services officer or by the Court on application from defense counsel;

c. The Defendant shall comply with all other standard conditions of supervised release, e.g., shall not commit other crimes, possess a firearm, etc.;

d. Within twenty-four hours of his release, the Defendant shall surrender any personal travel documents not already in the possession of the Pretrial Services Office and make no new applications for travel documents;

e. Pretrial services supervision as directed in the Eastern and Southern Districts of New York;

f. All mandatory conditions of release included in this Court's standard "Order Setting Conditions of Release form;"

3. The Pretrial Services Office is directed to immediately alert the Court, the Government, and defense counsel of any violation of the above conditions, without need for formal violation petition. The defendant is hereby notified that violation of the conditions of release will likely result in revocation of this temporary release.

4. The Defendant shall be released into the custody of his sister, Carla Bowen, but not before the approved co-signers affix their signatures to the personal recognizance bond. Defense counsel shall arrange, with the Government's cooperation, for the co-signers to sign the bond.

5. These conditions of release are temporary and ordered in light of the emerging COVID-19 crisis. The parties are directed to confer, not later than one month from the defendant's release, about a surrender date.

SO ORDERED.

Dated: April 9, 2020
       New York, New York

_____
United States District Judge