UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | 19 Cr. 468 (JSR) |
| CARLOS SMITH PITTERSON, | : | **ORDER** |
| Defendant. | : | |

------------------------------------------------------------- x

JED S. RAKOFF, U.S.D.J.

**IT APPEARING THAT** vaccinations against COVID-19 for individuals suffering from pre-existing health conditions which put them at higher risk are scheduled to begin in early 2021, and that the current surrender date of January 4, 2021 will not provide enough time for defendant, CARLOS SMITH PITTERSON, to be vaccinated against COVID-19,

**IT IS HEREBY ORDERED** that the surrender date for CARLOS SMITH PITTERSON is extended to February 26, 2021 at 2:00 p.m. The United States Probation Office and the Bureau of Prisons facility at Moshannon Valley CI, located at 555 Geo Drive, Philipsburg, PA, are directed to update their records to so reflect this Order.  No further extensions will be granted.

Dated: New York, New York
January 4, 2021

SO ORDERED:

_____
United States District Judge