```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CARLOS SMITH PITTERSON,<br><br>Defendant. | 19-cr-468<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On November 1, 2019, a jury convicted defendant Carlos Smith Pitterson of a drug conspiracy and substantive distribution offenses. On August 19, 2020, the Court sentenced Pitterson to the mandatory minimum sentence of 120 months of imprisonment. Pitterson has now moved for a sentence reduction under 18 U.S.C. § 3582(c)(2) in light of Amendment 821 to the Federal Sentencing Guidelines, which provides for a two-level decrease in offense level for defendants with no criminal history points who meet certain other criteria. See U.S.S.G. § 4C1.1(a). Even assuming that Pitterson is eligible for a reduction under the Guidelines, however, he remains subject to the mandatory minimum sentence of 120 months. The Court thus denies the motion for a sentence reduction and respectfully directs the Clerk to close document number 65 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 8, 2023