```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CARLOS PITTERSON,<br><br>        Defendant. | 19-cr-468 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On August 23, 2024, defendant Carlos Pitterson moved for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). <u>See</u> ECF No. 70. The Government filed an opposition to Pitterson's motion on September 9, 2024. <u>See</u> ECF No. 71. On October 16, 2024, Pitterson moved for leave to file a reply to the Government's opposition. <u>See</u> ECF No. 72. The Court hereby grants Pitterson's motion for leave to file a reply, which must be filed no later than December 3, 2024. The Clerk of Court is respectfully directed to close ECF No. 72.

    SO ORDERED.

New York, NY
10/22/, 2024

                                      JED S. RAKOFF U.S.D.J.