```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CARLOS SMITH PITTERSON,<br><br>Defendant. | 19-cr-468 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court previously granted defendant Carlos Smith Pitterson's motion to compel the return of his cellphone to a designee whom he would identify to the Government by September 12, 2025. See ECF No. 78. At the defendant's request, that deadline is hereby extended to November 15, 2025.

    SO ORDERED.

New York, NY
October __15__, 2025

                                                                     JED S. RAKOFF, U.S.D.J.