UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

CARLOS SMITH PITTERSON,

Defendant.

19-cr-468 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of the attached letter from defendant, ECF No. 85, which it construes as a motion for a new trial based on ineffective assistance of counsel. The Government is directed to respond to defendant's motion by January 15, 2027. The Clerk of Court is respectfully directed to mail a copy of this Order to defendant at #76307-054, FCI Allenwood Low, P.O. Box 1000, White Deer, PA 17887.

SO ORDERED.

New York, New York
November 24, 2026

JED S. RAKOFF, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United STATES OF AMERICA CASE Nº
-v.- 1:19-cr-00468 JSR
CARLOS SMITH PITTERSON

Honor Jed S. RAKOFF:

My Honor Jed S. RAKOFF, I'm sorry to bother you, but I need help, No body helping me, only YAhveh my God. My lawyer never contact me during my case my attorney NEVER show me my discovery, she NEVER tray to make a plea deal with that government.

And she force to get trail. Even though I wanted to make a plea deal.

At my trial my lawyer never contact me or Make investigation to see what realy happend.

I told my lawyer about evidence that could proof my inoccent but she did Not get a translator, to Understand What I was telling her. Now in Prision, I learn little English to write this letter to you. I'm requesting a new Attorney or Federal Defender to explorer what options are availibel to me

You may considert this letter as a motion.

[signature]

Carlos Smith Pitterson
Reg. # 76307-054
FCI Allenwood Low
P.O. Box 1000
White Deer, PA., 17887

Nov-18-2026
Dated.